# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **WILLIAM YELTON,** | **COMPLAINT** |
| **Plaintiff,** | **JURY DEMANDED** |
| **v.** | |
| **LOANDEPOT.COM, LLC,** | |
| **Defendant.** | |

## INTRODUCTION

1.      Plaintiff William Yelton brings this lawsuit against Defendant LoanDepot.com, LLC (LoanDepot) for violations of the North Carolina Telephone Solicitation Act (NCTSA).

2.      The NCTSA prohibits telephone solicitors from calling and texting consumers who register their phone numbers on the national Do Not Call Registry (DNCR).

3.      The Fourth Circuit explained that within the "government's web of indecipherable acronyms and byzantine programs, the Do-Not-Call registry stands out as a model of clarity. It means what it says. If a person wishes to no longer receive telephone solicitations, he can add his number to the list." *Krakauer v. Dish Network, L.L.C.*, 925 F.3d 643, 649 (4th Cir. 2019).

4.      "[T]elemarketers are expected to check the list and avoid bothering those who have asked to be left alone." *Id*.

5.      Yelton registered his number XXX-XXX-5309 on the DNCR on May 26, 2017.

6.      LoanDepot has ignored the DNCR and initiated at least 189 spam calls to Yelton.

7.      LoanDepot's violations are knowing and willful. LoanDepot has been sued 48 other times for telephone spam. But LoanDepot continues its illegal practices.

## JURISDICTION AND VENUE

8.     This Court has original subject matter jurisdiction under 28 U.S.C. § 1332(a).

The amount in controversy exceeds $75,000, and Yelton and LoanDepot are citizens of different

States.

9.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant

portion of the events giving rise to this lawsuit occurred in this district.

## PARTIES

10.    William Yelton is a citizen of North Carolina, residing in Rutherford County.

11.    LoanDepot.com, LLC is a for-profit Delaware limited liability company with its

principal place of business in Irvine, California.

## FACTUAL ALLEGATIONS

12.    Yelton is the subscriber of the cell phone number XXX-XXX-5309. He has been

the sole user and subscriber of this number for more than a decade.

13.    Yelton registered his number XXX-XXX-5309 on the DNCR on May 26, 2017 to

stop unwanted telephone solicitations.

14.    Yelton uses XXX-XXX-5309 at home. Yelton makes and receives personal calls

and text messages on this number. He has never used this number in any business. This number

is on a personal phone plan with T-Mobile.

15.    Yelton never provided his number XXX-XXX-5309 to LoanDepot, never gave

permission for LoanDepot to send any type of communication to him, and is not a customer of

LoanDepot.

16.    LoanDepot has initiated at least 189 calls to XXX-XXX-5309.

17.    Those calls are as follows:

| Call | Date | From |
|------|------|------|
| 1 | Jul 24, 2023 1:48 PM UTC | (478) 370-2341 |
| 2 | Jul 24, 2023 2:20 PM UTC | (478) 370-2341 |

| | | |
|---|---|---|
| 3 | Jul 24, 2023 3:21 PM UTC | (478) 370-2341 |
| 4 | Jul 25, 2023 6:09 PM UTC | (478) 370-2341 |
| 5 | Jul 25, 2023 8:21 PM UTC | (478) 370-2341 |
| 6 | Jul 26, 2023 3:29 PM UTC | (478) 370-2341 |
| 7 | Aug 02, 2023 8:57 PM UTC | (478) 370-2341 |
| 8 | Aug 03, 2023 3:22 PM UTC | (478) 370-2341 |
| 9 | Aug 08, 2023 10:30 PM UTC | (478) 370-2294 |
| 10 | Aug 09, 2023 3:47 PM UTC | (478) 370-2294 |
| 11 | Aug 09, 2023 5:48 PM UTC | (478) 370-2294 |
| 12 | Aug 09, 2023 7:49 PM UTC | (478) 370-2294 |
| 13 | Aug 09, 2023 9:50 PM UTC | (478) 370-2294 |
| 14 | Aug 10, 2023 5:20 PM UTC | (478) 370-2294 |
| 15 | Aug 10, 2023 8:20 PM UTC | (478) 370-2294 |
| 16 | Aug 10, 2023 11:21 PM UTC | (478) 370-2294 |
| 17 | Aug 11, 2023 12:54 PM UTC | (478) 370-2294 |
| 18 | Aug 11, 2023 3:55 PM UTC | (478) 370-2294 |
| 19 | Aug 11, 2023 6:56 PM UTC | (478) 370-2294 |
| 20 | Aug 11, 2023 9:56 PM UTC | (478) 370-2294 |
| 21 | Aug 14, 2023 1:16 PM UTC | (478) 370-2294 |
| 22 | Aug 14, 2023 7:18 PM UTC | (478) 370-2294 |
| 23 | Aug 14, 2023 10:18 PM UTC | (478) 370-2294 |

| | | |
|---|---|---|
| 24 | Aug 15, 2023 1:15 PM UTC | (478) 370-2294 |
| 25 | Aug 15, 2023 4:15 PM UTC | (478) 370-2294 |
| 26 | Aug 15, 2023 7:16 PM UTC | (478) 370-2294 |
| 27 | Aug 15, 2023 10:16 PM UTC | (478) 370-2294 |
| 28 | Aug 16, 2023 4:03 PM UTC | (478) 370-2294 |
| 29 | Aug 16, 2023 7:03 PM UTC | (478) 370-2294 |
| 30 | Aug 16, 2023 11:04 PM UTC | (478) 370-2294 |
| 31 | Aug 17, 2023 2:41 PM UTC | (478) 370-2294 |
| 32 | Aug 17, 2023 6:42 PM UTC | (478) 370-2294 |
| 33 | Aug 17, 2023 10:42 PM UTC | (478) 370-2294 |
| 34 | Aug 18, 2023 2:41 PM UTC | (478) 370-2294 |
| 35 | Aug 18, 2023 6:42 PM UTC | (478) 370-2294 |
| 36 | Aug 18, 2023 10:42 PM UTC | (478) 370-2294 |
| 37 | Aug 19, 2023 3:43 PM UTC | (478) 370-2294 |
| 38 | Aug 19, 2023 7:44 PM UTC | (478) 370-2294 |
| 39 | Aug 21, 2023 3:23 PM UTC | (478) 370-2294 |
| 40 | Aug 21, 2023 7:31 PM UTC | (478) 370-2294 |
| 41 | Aug 21, 2023 11:31 PM UTC | (478) 370-2294 |
| 42 | Aug 22, 2023 1:37 PM UTC | (478) 370-2294 |
| 43 | Aug 22, 2023 5:38 PM UTC | (478) 370-2294 |
| 44 | Aug 22, 2023 9:38 PM UTC | (478) 370-2294 |

| 45 | Aug 26, 2023<br>5:53 PM UTC | (478) 370-2294 |
|---|---|---|
| 46 | Aug 28, 2023<br>12:58 PM UTC | (478) 370-2294 |
| 47 | Aug 28, 2023<br>4:58 PM UTC | (478) 370-2294 |
| 48 | Aug 28, 2023<br>8:59 PM UTC | (478) 370-2294 |
| 49 | Aug 29, 2023<br>12:48 PM UTC | (478) 370-2294 |
| 50 | Aug 29, 2023<br>4:49 PM UTC | (478) 370-2294 |
| 51 | Aug 29, 2023<br>8:49 PM UTC | (478) 370-2294 |
| 52 | Aug 30, 2023<br>1:04 PM UTC | (478) 370-2294 |
| 53 | Aug 30, 2023<br>5:05 PM UTC | (478) 370-2294 |
| 54 | Aug 30, 2023<br>9:05 PM UTC | (478) 370-2294 |
| 55 | Aug 31, 2023<br>1:14 PM UTC | (478) 370-2294 |
| 56 | Sep 01, 2023<br>12:55 PM UTC | (478) 370-2294 |
| 57 | Sep 05, 2023<br>1:38 PM UTC | (478) 370-2294 |
| 58 | Sep 06, 2023<br>2:43 PM UTC | (478) 370-2294 |
| 59 | Sep 07, 2023<br>5:17 PM UTC | (478) 370-2294 |
| 60 | Sep 11, 2023<br>3:44 PM UTC | (478) 370-2294 |
| 61 | Sep 12, 2023<br>3:07 PM UTC | (478) 370-2294 |
| 62 | Sep 14, 2023<br>3:19 PM UTC | (478) 370-2294 |
| 63 | Jul 11, 2024<br>12:12 PM UTC | (478) 370-2763 |
| 64 | Jul 11, 2024<br>1:13 PM UTC | (478) 370-2763 |
| 65 | Jul 11, 2024<br>2:43 PM UTC | (478) 370-2763 |

| | | |
|---|---|---|
| 66 | Jul 11, 2024 6:45 PM UTC | (478) 370-2763 |
| 67 | Jul 11, 2024 12:12 PM UTC | (478) 370-2756 |
| 68 | Jul 11, 2024 10:45 PM UTC | (478) 370-2311 |
| 69 | Jul 12, 2024 12:45 PM UTC | (478) 370-2311 |
| 70 | Jul 12, 2024 4:46 PM UTC | (478) 370-2311 |
| 71 | Jul 12, 2024 8:47 PM UTC | (478) 370-2311 |
| 72 | Jul 15, 2024 3:30 PM UTC | (478) 370-2311 |
| 73 | Jul 15, 2024 7:30 PM UTC | (478) 370-2311 |
| 74 | Jul 15, 2024 11:32 PM UTC | (478) 370-2311 |
| 75 | Jul 16, 2024 2:24 PM UTC | (478) 370-2311 |
| 76 | Jul 16, 2024 6:25 PM UTC | (478) 370-2311 |
| 77 | Apr 01, 2025 7:13 PM UTC | (478) 370-2759 |
| 78 | Apr 01, 2025 8:44 PM UTC | (478) 370-2759 |
| 79 | Apr 02, 2025 12:45 PM UTC | (478) 370-2759 |
| 80 | Apr 02, 2025 4:46 PM UTC | (478) 370-2759 |
| 81 | Apr 02, 2025 8:46 PM UTC | (478) 370-2310 |
| 82 | Apr 03, 2025 12:57 PM UTC | (478) 370-2310 |
| 83 | Apr 03, 2025 4:57 PM UTC | (478) 370-2310 |
| 84 | Apr 03, 2025 8:58 PM UTC | (478) 370-2310 |
| 85 | Apr 04, 2025 2:00 PM UTC | (478) 370-2310 |
| 86 | Apr 04, 2025 6:00 PM UTC | (478) 370-2310 |

| 87 | Apr 04, 2025<br>10:01 PM UTC | (478) 370-2310 |
|---|---|---|
| 88 | Apr 05, 2025<br>5:09 PM UTC | (478) 370-2310 |
| 89 | Apr 07, 2025<br>2:30 PM UTC | (478) 370-2310 |
| 90 | Apr 07, 2025<br>6:31 PM UTC | (478) 370-2310 |
| 91 | Apr 07, 2025<br>10:31 PM UTC | (478) 370-2310 |
| 92 | Apr 08, 2025<br>2:27 PM UTC | (478) 370-2310 |
| 93 | Apr 08, 2025<br>6:27 PM UTC | (478) 370-2310 |
| 94 | Apr 08, 2025<br>10:28 PM UTC | (478) 370-2310 |
| 95 | Apr 09, 2025<br>2:26 PM UTC | (478) 370-2310 |
| 96 | Apr 09, 2025<br>6:27 PM UTC | (478) 370-2310 |
| 97 | Apr 09, 2025<br>10:27 PM UTC | (478) 370-2310 |
| 98 | Apr 10, 2025<br>2:23 PM UTC | (478) 370-2310 |
| 99 | Apr 10, 2025<br>6:24 PM UTC | (478) 370-2310 |
| 100 | Apr 10, 2025<br>10:24 PM UTC | (478) 370-2310 |
| 101 | Apr 12, 2025<br>5:30 PM UTC | (478) 370-2310 |
| 102 | Apr 15, 2025<br>3:26 PM UTC | (478) 370-2310 |
| 103 | Apr 15, 2025<br>9:10 PM UTC | (478) 370-2310 |
| 104 | Apr 16, 2025<br>2:54 PM UTC | (478) 370-2310 |
| 105 | Apr 16, 2025<br>6:55 PM UTC | (478) 370-2310 |
| 106 | Apr 16, 2025<br>10:55 PM UTC | (478) 370-2310 |
| 107 | Apr 17, 2025<br>3:23 PM UTC | (478) 370-2310 |

| 108 | Apr 17, 2025<br>8:45 PM UTC | (478) 370-2310 |
|---|---|---|
| 109 | Apr 18, 2025<br>2:40 PM UTC | (478) 370-2310 |
| 110 | Apr 18, 2025<br>6:40 PM UTC | (478) 370-2310 |
| 111 | Apr 18, 2025<br>10:40 PM UTC | (478) 370-2310 |
| 112 | Apr 21, 2025<br>4:02 PM UTC | (478) 370-2310 |
| 113 | Apr 21, 2025<br>8:03 PM UTC | (478) 370-2310 |
| 114 | Apr 22, 2025<br>2:23 PM UTC | (478) 370-2310 |
| 115 | Apr 22, 2025<br>6:23 PM UTC | (478) 370-2310 |
| 116 | Apr 22, 2025<br>10:24 PM UTC | (478) 370-2310 |
| 117 | Apr 24, 2025<br>1:59 PM UTC | (478) 370-2310 |
| 118 | Apr 24, 2025<br>6:01 PM UTC | (478) 370-2310 |
| 119 | Apr 24, 2025<br>10:02 PM UTC | (478) 370-2310 |
| 120 | Apr 25, 2025<br>2:45 PM UTC | (478) 370-2310 |
| 121 | Apr 25, 2025<br>6:45 PM UTC | (478) 370-2310 |
| 122 | Apr 25, 2025<br>10:46 PM UTC | (478) 370-2310 |
| 123 | Apr 29, 2025<br>2:54 PM UTC | (478) 370-2310 |
| 124 | Apr 29, 2025<br>6:54 PM UTC | (478) 370-2310 |
| 125 | Apr 29, 2025<br>10:55 PM UTC | (478) 370-2310 |
| 126 | May 01, 2025<br>2:42 PM UTC | (478) 370-2310 |
| 127 | May 01, 2025<br>6:43 PM UTC | (478) 370-2310 |
| 128 | May 05, 2025<br>7:20 PM UTC | (478) 370-2310 |

| 129 | May 05, 2025<br>11:20 PM UTC | (478) 370-2310 |
|-----|------------------------------|----------------|
| 130 | May 07, 2025<br>3:38 PM UTC | (478) 370-2310 |
| 131 | May 07, 2025<br>7:39 PM UTC | (478) 370-2310 |
| 132 | May 07, 2025<br>11:40 PM UTC | (478) 370-2310 |
| 133 | May 09, 2025<br>3:51 PM UTC | (478) 370-2310 |
| 134 | May 09, 2025<br>7:52 PM UTC | (478) 370-2310 |
| 135 | May 09, 2025<br>11:53 PM UTC | (478) 370-2310 |
| 136 | May 13, 2025<br>4:26 PM UTC | (478) 370-2310 |
| 137 | May 13, 2025<br>8:27 PM UTC | (478) 370-2310 |
| 138 | May 14, 2025<br>6:44 PM UTC | (478) 370-2310 |
| 139 | May 14, 2025<br>10:45 PM UTC | (478) 370-2310 |
| 140 | May 15, 2025<br>9:44 PM UTC | (478) 370-2310 |
| 141 | May 16, 2025<br>3:34 PM UTC | (478) 370-2310 |
| 142 | May 16, 2025<br>8:44 PM UTC | (478) 370-2310 |
| 143 | May 19, 2025<br>6:57 PM UTC | (478) 370-2310 |
| 144 | May 19, 2025<br>10:58 PM UTC | (478) 370-2310 |
| 145 | May 21, 2025<br>7:51 PM UTC | (478) 370-2310 |
| 146 | May 21, 2025<br>11:52 PM UTC | (478) 370-2310 |
| 147 | May 22, 2025<br>12:21 PM UTC | (478) 370-2310 |
| 148 | May 22, 2025<br>4:22 PM UTC | (478) 370-2310 |
| 149 | May 23, 2025<br>6:07 PM UTC | (478) 370-2310 |

| | | |
|---|---|---|
| 150 | May 23, 2025<br>11:43 PM UTC | (478) 370-2310 |
| 151 | May 29, 2025<br>4:30 PM UTC | (478) 370-2310 |
| 152 | May 30, 2025<br>4:39 PM UTC | (478) 370-2310 |
| 153 | May 30, 2025<br>8:40 PM UTC | (478) 370-2310 |
| 154 | May 31, 2025<br>12:41 AM UTC | (478) 370-2310 |
| 155 | Jun 06, 2025<br>4:48 PM UTC | (478) 370-2310 |
| 156 | Jun 06, 2025<br>8:49 PM UTC | (478) 370-2310 |
| 157 | Jun 11, 2025<br>10:14 PM UTC | (478) 370-2310 |
| 158 | Jun 16, 2025<br>9:23 PM UTC | (478) 370-2310 |
| 159 | Jul 16, 2025<br>4:25 PM UTC | (866) 970-5813 |
| 160 | Jul 16, 2025<br>8:40 PM UTC | (866) 970-5813 |
| 161 | Jul 18, 2025<br>3:35 PM UTC | (866) 970-5813 |
| 162 | Jul 18, 2025<br>7:36 PM UTC | (866) 970-5813 |
| 163 | Jul 18, 2025<br>11:36 PM UTC | (866) 970-5813 |
| 164 | Jul 21, 2025<br>12:20 PM UTC | (866) 933-8137 |
| 165 | Jul 21, 2025<br>12:08 PM UTC | (479) 383-2219 |
| 166 | Jul 21, 2025<br>12:08 PM UTC | (844) 536-8362 |
| 167 | Jul 22, 2025<br>4:56 PM UTC | (866) 970-5813 |
| 168 | Jul 22, 2025<br>8:57 PM UTC | (866) 970-5813 |
| 169 | Jul 23, 2025<br>8:44 PM UTC | (866) 970-5813 |
| 170 | Jul 24, 2025<br>11:24 PM UTC | (866) 970-5813 |

| 171 | Jul 25, 2025 8:38 PM UTC | (866) 970-5813 |
|---|---|---|
| 172 | Jul 29, 2025 6:25 PM UTC | (866) 970-5813 |
| 173 | Jul 30, 2025 9:01 PM UTC | (866) 970-5813 |
| 174 | Jul 31, 2025 6:37 PM UTC | (866) 970-5813 |
| 175 | Sep 29, 2025 1:04 PM UTC | (866) 970-5818 |
| 176 | Sep 29, 2025 12:52 PM UTC | (888) 631-8964 |
| 177 | Sep 29, 2025 12:52 PM UTC | (877) 406-0147 |
| 178 | Sep 29, 2025 1:35 PM UTC | (866) 933-8135 |
| 179 | Sep 29, 2025 2:36 PM UTC | (478) 370-2341 |
| 180 | Sep 29, 2025 4:06 PM UTC | (478) 370-2891 |
| 181 | Sep 30, 2025 12:36 PM UTC | (478) 370-2340 |
| 182 | Sep 30, 2025 4:36 PM UTC | (478) 370-2890 |
| 183 | Sep 30, 2025 8:37 PM UTC | (870) 409-4911 |
| 184 | Oct 01, 2025 12:34 PM UTC | (870) 409-7075 |
| 185 | Oct 01, 2025 12:34 PM UTC | (870) 409-7075 |
| 186 | Oct 01, 2025 4:35 PM UTC | (877) 409-5484 |
| 187 | Oct 01, 2025 8:36 PM UTC | (888) 631-8963 |
| 188 | Oct 02, 2025 8:53 PM UTC | (478) 370-2341 |
| 189 | Oct 03, 2025 2:33 PM UTC | (478) 370-2891 |

18.     LoanDepot initiated the calls to encourage the purchase of financial services. For example, the calls on April 12, April 25, and May 2 of this year left a voicemail. The voicemails

said it was "Savannah from LoanDepot" calling about "securing a mortgage [or] refinancing your home."

19.     LoanDepot also texted Yelton on August 29, 2025 from 69981. The message said: "Hi john! loanDepot is here to help. Want a no obligation rate quote now? Reply YES/NO Msg&data rates may apply. Reply HELP for help or STOP to unsubscribe."

20.     LoanDepot's calls did not have an emergency purpose.

21.     Yelton has suffered actual injuries from LoanDepot's calls. The calls intruded into the tranquility of Yelton's home and are a nuisance and annoyance to Yelton. The calls invaded Yelton's personal privacy and solitude. LoanDepot's spam has diminished the value of Yelton's phone and Yelton's enjoyment of life.

## LEGAL STANDARD

22.     The NCTSA defines "telephone subscriber" to include anyone who subscribes to "a wireless telephone company." N.C. Gen. Stat. § 75-101(11). Telephone solicitors may not solicit a telephone subscriber whose number is on the DNCR. *Id*. § 75-102(a). In 2019, the legislature amended the NCTSA to cover both calls and text messages. *See* S.L. 2019-188 and H.B. 724 Bill Analysis.

23.     The Fourth Circuit has held that a consumer who receives telephone solicitations after registering his phone number on the DNCR suffers injury and "concrete burden on his privacy." *Krakauer*, 925 F.3d at 652–54.

## FIRST CAUSE OF ACTION
### DNCR VIOLATIONS

24.     LoanDepot violated N.C. Gen. Stat. § 75-102(a) by initiating, or causing to be initiated, telephone solicitations to Yelton after he registered his phone number on the DNCR.

25.     Yelton is entitled to statutory damages for each violation. *Id*. § 75-105(b).

26.     Yelton is entitled to treble damages if damages are assessed. *Id*. § 75-16.

27.     The Court may award attorney's fees for willful violations. *Id*. § 75-105(d).

**RELIEF REQUESTED**

Yelton respectfully requests the Court grant the following relief against LoanDepot:

A.    An award of damages, as allowed by law;

B.    An award of attorney's fees, as allowed by law;

C.    An award of costs, as allowed by law;

D.    Orders granting such other relief as the Court deems necessary, just, and proper.

**JURY DEMAND**

Yelton requests a jury trial as to all claims of the complaint so triable.

Dated: October 10, 2025          Respectfully submitted,

/s/ *Kenneth N. Barnes*
Kenneth N. Barnes, N.C. State Bar No. 14035
Attorney for Plaintiff
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
Telephone: (385) 440-4124
Email: Ken.Barnes@thehqfirm.com